## Winifred Burke, Appellee, v. Piper's Super Service Stations, Appellant.

### Gen. No. 41,725.

Heard in third division, first district, this court at June term, 1941; opinion filed January 7, 1942; rehearing denied January 22, 1942. George C. Bliss and Abraham Lepine, for appellant; Roderick N. Wyckoff and Werner W. Schroeder, for appellee. Opinion by JUSTICE HEBEL. ''Not to be published in full.''